622

Henry Miles, appellant, v. City of Chicago et al., appellees. Gen. No. 39,115.

Opinion filed February 1, 1937.

Yale & Yale, for appellant; Bernard Yale, of counsel. Barnet Hodes, Corporation Counsel, Quin O'Brien and Carl Hjalmar Lundquist, Assistant Corporation Counsel, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

Schoenhofen Edelweiss Company, appellee, v. Armin G. Kusswurm, appellant. Gen. No. 39,146.

Opinion filed February 1, 1937.

Armin G. Kusswurm, pro se. Marcus L. Silver, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

W. S. Miller, appellee, v. American Motorists Insurance Company, appellant. Gen. No. 39,152.

Opinion filed February 1, 1937. Rehearing denied February 15, 1937.

F. J. Hurley, for appellant. John D. Pope, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

The Amico Company, Inc., appellant, v. Joe Zarovsky et al., defendants. Advance Laundry Machinery and Supply Company, appellee. Gen. No. 38,574.

Opinion filed February 9, 1937. Rehearing denied February 23, 1937.

Isidore Vise and Lewis Bennett, for appellant. Charles T. Kramer and William B. Spar, for appellee.

Mr. Presiding Justice John J. Sullivan delivered the opinion of the court.